

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-20-00067-CR |
| EX PARTE: | § | Appeal from the |
| RONALD WAYNE THOMPSON, | § | 210th District Court |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC# 20080D000241-210-01) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the trial court's judgment denying relief. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JUNE, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.